EMMA A. SIEBERN, Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 846.]

HELEN B. VLASTOS, as Administratrix of the Estate of COSTAS P. VLASTOS, Deceased, Appellant, v. ATLANTIC BASIN IRON WORKS et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 788.]

. HERBERT STEIN et al., Copartners Doing Business as HEMPSTEAD SURGICAL Co., Respondents, v. MAX ROSEN, Appellant.— In an action to enforce a negative covenant in a contract of employment, order denying defendant's motion to dismiss the complaint as failing to state a cause of action and on the ground that plaintiffs lack legal capacity to sue, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

MAE C. TAILBY, Respondent, v. CLARENCE B. TAILBY, Appellant.— On application of plaintiff to modify a final judgment of divorce by providing alimony and counsel fee for her, order setting aside a special appearance filed by defendant affirmed, with $10 costs and disbursements, and defendant's time to appear generally, if so advised, is extended until five days from the entry of the order hereon. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur. [See *post*, p. 983.]

## (October 2, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM T. VERNON, Appellant.— On argument, judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant, on his plea of guilty, of the crime of violating subdivision 1 of section 1141 of the Penal Law (possession of lewd and obscene pictures, etc.), and sentencing him to imprisonment in the New York City Penitentiary for a term of one year, unanimously affirmed. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.